UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Tiffany O., | |
| Plaintiff, | Case No. 21-CV-1033 (KMM/LIB) |
| v. | ORDER |
| Kilolo Kijakazi, Acting Commissioner of Social Security, | |
| Defendant. | |

---

The above matter comes before the Court upon the Report and Recommendation (R&R) of United States Magistrate Judge Leo I. Brisbois, dated July 27, 2022. No objections have been filed to that R&R in the time period permitted.

The Court reviews de novo any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Based on the Court's careful review of the R&R and the record in this case, the Magistrate Judge committed no error, clear or otherwise.

IT IS HEREBY ORDERED:

1. The Report and Recommendation [ECF No. 25] is **ACCEPTED**;

2. Defendant's Motion for Summary Judgment [ECF No. 22] is **GRANTED**;

3. Plaintiff's Motion for Summary Judgment [ECF No. 20] is **DENIED;** and

4. This case is **DISMISSED with prejudice**.

   Let Judgment Be Entered Accordingly.

**Date:** September 19, 2022                         *s/ Katherine M. Menendez*
                                                    **Katherine M. Menendez**
                                                    **United States District Judge**